## MODEL FORM FOR MOTIONS UNDER 28 §2255

NAME __Andre Gray__

PRISON NUMBER __14712-026__

PLACE OF CONFINEMENT __FCC Forrest City Low__

UNITED STATES DISTRICT COURT __Central__

DISTRICT OF __Illinois (Urbana)__

FILED
JUN 09 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

07-20013
08-2128

CASE NO. _____ (To be supplied by Clerk of U.S. District Court) United States,

v.

__Andre Gray__
(Full name of movant)

(If movant has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

### MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

1. This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the *facts* which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4. If you do not have the necessary funds for transcripts, counsel, appeal and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7. When the motion is fully completed, the *original and two copies* must be mailed to the Clerk of the United States District Court whose address is  218 U.S. Courthouse, 201 South Vine Street, Urbana, IL 61802.

8. Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

## MOTION

1. Name and location of court which entered the judgment of conviction under attack

   United States District Court, Central District of Illinois (Urbana)

2. Date of judgment of conviction   June 5, 2007

3. Length of sentence   67 months

4. Nature of offense involved (all counts)   Count 1 - Distribution of mixture or substance containing cocaine in violation of 21 USC 841(a)(1) and 841(b)(1)(C).  Count 2 - Possessing a mixture or substance containing cocaine with intent to distribute in violation of 21 USC 841(a)(1) and 841(b)(1)(C).  Count 3 - Possessing a firearm in furtherance of a drug trafficking crime in violation of 18 USC 924(c).

5. What was your plea? (Check one.)

   a. Not guilty ☐
   b. Guilty     ☒
   c. Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:   N/A

_____

_____

_____

6. Kind of trial (check one):      N/A

    d. Jury ☐

    e. Judge only ☐

7. Did you testify at the trial?   Yes ☐   No ☐   N/A

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☐   N/A

9. If you did appeal, answer the following:   N/A

    f. Name of court _____

    g. Result _____

    h. Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court? Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:   N/A

    A. 1. Name of court _____

       2. Nature of proceeding _____

_____

       3. Grounds raised _____

_____

    4.    Did you receive an evidentiary hearing on your petition, application or motion?  Yes ☐   No ☐

    5.    Result _____

    6.    Date of result _____

B.    As to any second petition, application or motion, give the same information:

    1.    Name of court _____

    2.    Nature of proceeding _____

    3.    Grounds raised _____

    4.    Did you receive an evidentiary hearing on your petition, application or motion?  Yes ☐   No ☐

    5.    Result _____

    6.    Date of result _____

C.    As to any third petition, application or motion, give the same information:

        Name of court _____

      2.      Nature of proceeding _____

_____

_____

      3.      Grounds raised _____

_____

_____

_____

      4.      Did you receive an evidentiary hearing on your petition, application or motion?  Yes ☐     No ☐

D.    Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    1.    First petition, etc.  Yes ☐     No ☐
    2.    Second petition, etc.  Yes ☐     No ☐
    3.    Third petition, etc.  Yes ☐     No ☐

E.    If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

_____

12.    State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the fact supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same. (Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.)

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, *you should raise in this motion all available grounds* (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for

relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(l)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily, or with understanding of the nature of the charge and the consequences of the plea.
(m)  Conviction obtained by use of coerced confession.
(n)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(o)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(p)   Conviction obtained by a violation of the privilege against self-incrimination.
(q)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(r)   Conviction obtained by a violation of the protection against double jeopardy.
(s)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(t)   Denial of effective assistance of counsel.
(u)   Denial of right of appeal.

A.   Ground one: __Attorney rendered ineffective assistance by failing to fully investigate, procure, prepare and present mitigating evidence at Movant's sentencing.__

Supporting FACTS (tell your story *briefly* without citing cases or law): _____
    See attached Addendum (Page 6a)

B.   Ground two: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

Addendum to 28 U.S.C. §2255 filed *pro se* by Andre Gray

GROUND ONE: Attorney rendered ineffective assistance by failing to fully investigate, procure, prepare and present mitigating evidence at Movant's sentencing.

SUPPORTING FACTS: On June 5, 2007, Movant pled guilty to Counts 1, 2 and 3 of an Indictment filed against Movant on January 17, 2007. On October 17, 2007, Movant was sentenced to 7 months on Counts 1 and 2 to run concurrent and 60 months to Count 3 to run consecutive to Counts 1 and 2 for a total sentence of 67 months.

The Plea Agreement expressly stated and Movant's understanding was that he would be considered for a reduced sentence as to Count 3 in exchange for his cooperation. Movant's Attorney knew his reduced sentence was conditional upon Movant's cooperation and Movant's Attorney made no attempt to investigate, procure, prepare, or present any information evidencing Movant's cooperation, even though Movant had tendered to his Attorney such information. Prior to his sentence, Movant provided his Attorney relevant information to be passed along to the government. However, each time Movant asked his Attorney about this, he was told that the Prosecutor had never returned his phone calls. One such piece of cooperative evidence contained a list of twenty items of information which Movant believed to be very substantial as to his proof of cooperation and when Movant later questioned his Attorney concerning this list, his Attorney lied and said he had passed it along to the Prosecutor when in fact he had not. In all other instances, Movant's Attorney failed to provide effective assistance and advice which would have shown Movant's degree of cooperation as anticipated by Movant's Plea Agreement.

Movant was prejudiced by his Attorney's inactions because the Judge stated, at Movant's sentencing hearing, he would rule favorably for Movant in the event the government requests it, and according to the Movant's Plea Agreement, the government clearly intended to make such a request, if Movant provided sufficient cooperation.

Movant believes his Attorney had a duty to fully investigate all aspects of his Plea Agreement and to procure, prepare and present to the government all potentially mitigating evidence to assure the spirit of Movant's Plea Agreement was fulfilled, and Movant believes his Attorney failed to provide this duty.

C.  Ground three:_____

_____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____

_____

_____

D.  Ground four:_____

_____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law):_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

```
    The Ground listed in 12A has not been previously presented
    because this is Movant's first post-conviction motion.
```

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under

attack? Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   a) At preliminary hearing ___N/A___

   b) At arraignment and plea ___Bruce G. Ratcliffe___
      301 West Green
      Urbana, IL  61801

   c) At trial ___N/A___

   d) At sentencing ___Bruce G. Ratcliffe___
      301 West Green
      Urbana, IL  61801

   e) On appeal ___N/A___

   f) In any postconviction proceeding ___N/A___

   g) On appeal from any adverse ruling in a postconviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ☐  No ☒

   a) If so, give name and location of court which imposed sentence to be served in the future: _____

Page 8

b)   And give the date and length of sentence to be served in the future: _____

_____

c)   Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?   Yes ☐    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (If any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____JUNE 5, 2008_____ .
                              (Date)

_____
Signature of movant