E-FILED
Wednesday, 09 July, 2008  08:48:48 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

July 9, 2008

Andre Gray
14712-026
P. O. BOX 9000
Forrest City, AR   72336

RE: ANDRE GRAY v UNITED STATES OF AMERICA
CASE NO. 08-2128

Dear Mr Gray:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                              sPamela E. Robinson, Clerk

                              PAMELA E. ROBINSON, CLERK
                              U.S. DISTRICT COURT

cc:  all counsel